# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| GWIN, JAMES S. | N.D. OHIO | 05/12/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| JUDGE, ACTIVE | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 01/01/2013<br>to<br>12/31/2013 |

**7. Chambers or Office Address**

CARL B. STOKES US COURT HOUSE
801 WEST SUPERIOR AVENUE
CLEVELAND, OH 44113

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | At retirem | STATE OF OHIO PUBLIC EMPLOYEE RETIREMENT SYSTEM AND OHIO STATE TEACHERS RETIREMENT SYSTEM. RIGHT TO RETIREMENT BENEFITS |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | Monthly | INTERNATIONAL BUSINESS MACHINES, INC., ▨ pension |
| 2. | Monthly | ▨. salary, bonus, restricted stock |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **GWIN, JAMES S.** | 05/12/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Parker Hannifin Company | Roundtrip transportation from Cleveland to Utah with friend who a Parker executive. | $700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IBM common stock (IBM) | B | Dividend | N | T | Sold (part) | 01/23/13 | N | G | |
| 2. Galaxy mutual funds | A | Dividend | J | T | | | | | |
| 3. Berkshire Hathaway common stock (BRKA) | A | Dividend | M | T | | | | | |
| 4. Vanguard Total Stock Market Index Fund, tax deferred | A | Dividend | O | T | Variou purch | | K | | |
| 5. Heidrick & Struggles Co., common stock, (HSII) | D | Dividend | N | T | | | | | |
| 6. LifePath 2035 | A | Dividend | N | T | | | | | |
| 7. Schwab Money Market Fund | E | Dividend | L | T | | | | H2 | |
| 8. Public Square Partners, LLC | C | Dividend | M | U | | | | | |
| 9. Ishares S&P Midcap 400 Growth Index Fund (IJK) | A | Dividend | K | T | Buy (add'l) | 04/16/13 | L | | |
| 10. | | | | | Sold (part) | 02/06/13 | J | A | |
| 11. | | | | | Sold (part) | 07/10/13 | J | | |
| 12. | | | P4 | | Sold (part) | 10/08/13 | J | | |
| 13. WisdomTree Emerging ETF Mkts Local Debt Fund (ELD) | A | Dividend | | | Sold | 07/10/13 | K | A | |
| 14. Ishares Dow Jones U S Telecommun Sector Index Fund (IYZ) | B | Dividend | K | T | Sold (part) | 03/18/13 | J | B | |
| 15. Energy Select Sector SPDR Fund (XLE) | B | Dividend | K | T | Sold (part) | 07/10/13 | J | A | |
| 16. | | | | | Sold (part) | 10/08/13 | J | A | |
| 17. iShares Barclays Intermediate Credit Bond Fund (CIU) | C | Dividend | K | T | Buy (add'l) | 02/06/13 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/13/13 | J | A | |
| 19. | | | | | Sold (part) | 07/10/13 | M | B | |
| 20. PowerShares DB Commodity Index Tracking Trust (DBC) | A | Dividend | L | T | Buy (add'l) | 07/10/13 | J | | |
| 21. iShares Dow Jones US Technology Sector Index Fund (IYW) | A | Dividend | | | Sold | 01/24/13 | M | E | |
| 22. Consumer Discretionary Select Sector SPDR Fund (XLY) | B | Dividend | M | T | Sold (part) | 02/06/13 | K | B | |
| 23. | | | | | Sold (part) | 07/10/13 | J | A | |
| 24. | | | | | Buy (add'l) | 10/02/13 | K | | |
| 25. Rydex ETF Trust S&P Equal Weight Financials (RYF) | B | Dividend | M | T | Buy (add'l) | 02/06/13 | K | | |
| 26. | | | | | Sold (part) | 03/13/13 | J | B | |
| 27. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 28. | | | | | Sold (part) | 10/02/13 | J | A | |
| 29. Health Care Select Sector SPDR Fund (XLV) | B | Dividend | L | T | Sold (part) | 07/10/13 | J | A | |
| 30. | | | | | Sold (part) | 10/08/13 | J | A | |
| 31. AQR Managed Futures Strategy Fund (AQMNX) | F | Dividend | L | T | Sold (part) | 02/06/13 | J | A | |
| 32. | | | | | Sold (part) | 03/13/13 | L | C | |
| 33. | | | | | Buy (add'l) | 04/16/13 | L | | |
| 34. | | | | | Buy (add'l) | 07/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/10/13 | J | | |
| 36. Wasatch Long Short Fund (FMLSX) | D | Dividend | L | T | Sold (part) | 02/06/13 | J | A | |
| 37. | | | | | Sold (part) | 03/13/13 | L | C | |
| 38. | | | | | Buy (add'l) | 04/16/13 | L | | |
| 39. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 40. iShares MSCI Pacific ex-Japan Fund (EPP) | B | Int./Div. | L | T | Sold (part) | 02/06/13 | J | A | |
| 41. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 42. | | | | | Sold (part) | 10/08/13 | J | A | |
| 43. iShares MSCI United Kingdom Index Fund (EWU) | A | Dividend | L | T | Sold (part) | 02/06/13 | J | A | |
| 44. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 45. | | | | | Buy (add'l) | 10/08/13 | K | | |
| 46. iShares S&P Smallcap 600 Growth Index Fund (IJT) | B | Dividend | L | T | Sold (part) | 02/06/13 | J | | |
| 47. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 48. | | | | | Sold (part) | 07/02/13 | J | A | |
| 49. iShares Barclays 3-7 Year Treasury Bond Fund (IEI) | B | Dividend | K | T | Buy (add'l) | 02/06/13 | J | | |
| 50. | | | | | Sold (part) | 04/10/13 | L | A | |
| 51. | | | | | Sold (part) | 07/10/13 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IShares Cohen & Steer Realty Index Fund (ICF) | A | Dividend | | | Sold | 01/16/13 | L | C | |
| 53. iShares Russell 2000 Value Index Fund (IWN) | B | Dividend | | | Buy (add'l) | 07/10/13 | K | | |
| 54. | | | | | Sold | 09/05/13 | L | B | |
| 55. Market Vectors Gold Miners Index ETF (GDX) | A | Dividend | | | Buy (add'l) | 02/06/13 | J | | |
| 56. | | | | | Sold | 03/06/13 | K | B | |
| 57. PowerShares Fundamental High Yield Bond Portfolio (PHB) | B | Dividend | K | T | Sold (part) | 07/10/13 | L | C | |
| 58. PowerShares DB US Dollar Index Trust (UDN) | B | Dividend | | | Sold | 03/04/13 | K | A | |
| 59. PowerShares Exchange Traded Funds, Emerging Mkts. (PIE)[ | A | Dividend | L | T | Buy (add'l) | 02/06/13 | J | | |
| 60. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 61. | | | | | Sold (part) | 10/08/13 | J | A | |
| 62. Industrial Select Sector SPDR Fund (XLI) | C | Dividend | M | T | Sold (part) | 02/06/13 | J | A | |
| 63. | | | | | Buy (add'l) | 04/16/13 | K | | |
| 64. | | | | | Sold (part) | 07/10/13 | J | A | |
| 65. | | | | | Sold (part) | 10/08/13 | J | A | |
| 66. Consumer Staples Select Sector SPDR Fund (XLP) | B | Dividend | L | T | Sold (part) | 02/06/13 | J | B | |
| 67. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 68. | | | | | Sold (part) | 10/08/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. SPDR S&P MidCap 400 ETF (MDY) | B | Dividend | M | T | Sold (part) | 02/06/13 | J | A | |
| 70. | | | | | Buy (add'l) | 04/16/13 | L | | |
| 71. | | | | | Sold (part) | 07/10/13 | J | A | |
| 72. | | | | | Sold (part) | 10/08/13 | J | A | |
| 73. Vanguard FTSE ETF Small Cap (VSS) | B | Dividend | L | T | Sold (part) | 02/06/13 | J | A | |
| 74. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 75. | | | | | Buy (add'l) | 08/08/13 | J | | |
| 76. Vanguard Mortgage-Backed Securities ETF (VMBS) | B | Dividend | K | T | Buy (add'l) | 02/06/13 | J | | |
| 77. | | | | | Sold (part) | 03/13/13 | K | | |
| 78. | | | | | Sold (part) | 04/19/13 | L | B | |
| 79. | | | | | Sold (part) | 04/16/13 | M | B | |
| 80. Vanguard FTSE Emerging Markets ETF (VWO) | B | Dividend | L | T | Buy (add'l) | 07/10/13 | K | | |
| 81. | | | | | Sold (part) | 10/08/13 | J | A | |
| 82. First Trust Dow Jones Internet Index (FDN) | A | Dividend | K | T | Buy | 08/16/13 | K | | |
| 83. First Trust Materials AlphaDEX (FXZ) | A | Dividend | K | T | Buy | 02/06/13 | J | | |
| 84. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 85. | | | | | Sold (part) | 08/08/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. IQ Hedge Multi-Strategy Tracker ETF (QAI) | B | Dividend | M | T | Buy (add'l) | 02/06/13 | J | | |
| 87. | | | | | Sold (part) | 03/13/13 | K | B | |
| 88. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 89. | | | | | Sold (part) | 10/08/13 | J | A | |
| 90. iShares US Aerospace & Defense (ITA) | A | Dividend | K | T | Buy | 11/06/13 | K | | |
| 91. iShares Core S&P Small-Cap (IJR) | A | Dividend | L | T | Buy | 09/05/13 | L | | |
| 92. iShares MSCI Canada (EWC) | A | Dividend | J | T | Buy | 07/10/13 | K | | |
| 93. | | | | | Sold (part) | 10/08/13 | J | A | |
| 94. iShares MSCI EMU Index (EZU) | B | Dividend | K | T | Buy | 02/06/13 | K | | |
| 95. | | | | | Sold (part) | 04/16/13 | J | A | |
| 96. | | | | | Buy (add'l) | 10/08/13 | K | | |
| 97. iShares MSCI Germany (EWG) | A | Dividend | J | T | Buy | 02/06/13 | J | | |
| 98. | | | | | Sold (part) | 07/10/13 | J | A | |
| 99. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 100. iShares Nasdaq Biotechnology (IBB) | A | Dividend | K | T | Buy | 07/10/13 | K | | |
| 101. | | | | | Sold (part) | 10/08/13 | J | A | |
| 102. iShares North American Tech (IGM) | B | Dividend | M | T | Buy | 01/24/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$50,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/12/2014 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 02/06/13 | J | A | |
| 104. | | | | | Sold (part) | 03/13/13 | J | A | |
| 105. | | | | | Buy (add'l) | 07/10/13 | K | | |
| 106. | | | | | Sold (part) | 10/08/13 | K | A | |
| 107. PowerShares Dynamic Media (PBS) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 108. | | | | | Sold (part) | 07/10/13 | J | A | |
| 109. SPDR S&P Insurance ETF (KIE) | A | Dividend | K | T | Buy | 04/16/13 | K | | |
| 110. | | | | | Sold (part) | 07/10/13 | J | A | |
| 111. Vanguard REIT Index ETF (VNQ) | B | Dividend | K | T | Buy | 01/16/13 | L | | |
| 112. | | | | | Sold (part) | 07/10/13 | J | A | |
| 113. | | | | | Buy (add'l) | 10/08/13 | J | | |
| 114. Vanguard Telecom Services ETF (VOX) | A | Dividend | K | T | Buy | 03/18/13 | K | | |
| 115. | | | | | Buy (add'l) | 07/10/13 | J | | |
| 116. | | | | | Sold (part) | 10/08/13 | J | A | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| GWIN, JAMES S. | 05/12/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Regarding the investment in the Vanguard Fund, this investment is made through an employer 401 plan sponsored at my ▮▮▮▮ employer. The yearly statutory maximum is met in the first quarter although we do not know the exact dates of purchase.

Regarding the Thrift Savings Plan Common Stock Index Fund, this investment is made through an employer 401 plan sponsored by the U.S. Courts. Maximum allowable deductions and purchases are made each month.

Regarding Schwab Money Market Fund (Part VII, 7) this investment is a money market fund to which investments are made relatively frequently and infrequent withdrawls occur. The account is used as a savings type account.

Regarding the IQ Hedge Multi-Strategy Tracker ETF (QAI) investment. This index fund investment was purchased in 2012 but I inadvertantly overlooked listing this investment in my 2012 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES S. GWIN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544